IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: April 30, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17132

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Terry Lance Williams and Deanne Williams<br>　　　　Debtors.<br><br>America's Servicing Company<br>　　　　Movant,<br>　　vs.<br><br>Terry Lance Williams and Deanne Williams<br>Debtors; David M. Reaves, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-13671-SSC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #68)<br><br>Hearing Date: April 28, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated March 23, 2005, and recorded in the office of the Pinal County Recorder wherein America's Servicing Company is the current beneficiary and Terry Lance Williams and Deanne Williams have an interest in, further described as:

Lot 109, of SAN TAN HEIGHTS PARCEL J, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet D, Slide 181.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

_____
UNITED STATES BANKRUPTCY JUDGE