DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| WILLIAMS, TERRY LANCE | ) | CASE NO. 2:09-bk-13671-SSC |
| WILLIAMS, DEANNE, | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | CUSTOM CRAFT LENS SERVICE, INC.<br>2411 TECH CENTER COURT<br>LAS VEGAS NV 89128 | $0.75 |
| 2 | CLEARVISION OPTICAL CO.<br>425 RALORO DR. #2<br>HAUPPAUGE NY 11788 | $1.84 |
| 3 | SAFILO<br>801 JEFFERSON RD.<br>PARSIPPANY NJ 07054 | $4.17 |
| 4 | VIVA INTERNATIONAL GROUP<br>3140 ROUTE 22 WEST<br>SOMERVILLE NJ 08876 | $2.61 |
| 5 | VISTAKON<br>PO BOX 10157<br>JACKSONVILLE FL 32247 | $3.24 |

May 26, 2011
DATE

/s/ David M. Reaves
David M. Reaves, Trustee